IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROEL VIRGEN SOTO, | ) | No. C 11-04465 EJD (PR) |
| Plaintiff, | ) ) | ORDER OF TRANSFER |
| vs. | ) ) | |
| JOHNSON COUNTY JAIL | ) ) | |
| Defendant. | ) ) | |

Plaintiff, a state prisoner proceeding pro se, filed the instant civil rights action pursuant to 42 U.S.C. § 1983 against the Johnson County Jail in Cleburne, Texas, challenging jail conditions. Because the acts complained of occurred in Johnson County, which lies within the venue of the Dallas Division of the Northern District of Texas, see 28 U.S.C. § 124 (a)(1), venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Dallas Division of the Northern District of Texas. See 28 U.S.C. § 1406(a). The Clerk shall terminate any pending motions and transfer the entire file to the Dallas Division of the Northern District of Texas.

DATED: 2/13/2012

EDWARD J. DAVILA
United States District Judge

Order of Transfer
G:\PRO-SE\SJ.EJD\CR.11\04465Soto_transfer.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROEL V SOTO,

        Plaintiff,

  v.

JOHNSON COUNTY JAIL,

        Defendant.

Case Number: CV11-04465 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 2/15/2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Roel Virgen Soto A#090999458
Johnson County Sheriffs Office
1800 Ridgemar Drive
Cleburne, TX 76031

Dated: 2/15/2012

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk